**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

King Solomon Sekhemre El Neter,

     Plaintiff,

v.

Steven B. Wolfson, et al.,

     Defendants.

Case No. 2:26-cv-00831-APG-NJK

**ORDER**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.  Docket No. 1.  Subject to the conditions outlined below, the Court **GRANTS** the application to proceed *in forma pauperis*.

Plaintiff must pay an initial partial filing fee of the greater of twenty percent of the average monthly deposits or twenty percent of the average monthly balance of his account for the six months immediately preceding the commencement of this action.  *See* 28 U.S.C. § 1915(b)(1).  Plaintiff's average monthly balance is $29.46, and his average monthly deposit is $136.66.  Docket No. 4 at 8.  Therefore, the Court finds that Plaintiff must pay an initial partial filing fee of $27.33.

Accordingly, **IT IS ORDERED:**

1.    Plaintiff's Application to Proceed *in Forma Pauperis* (Docket No. 1) without having to prepay the full filing fee is **GRANTED**.  However, Plaintiff shall be required to pay an initial installment fee in the amount of $27.33 toward the full filing fee of $350.  Plaintiff shall have the designated fee sent to the Clerk's Office no later than **April 22, 2026**.  Failure to do so may result in dismissal of this action.  Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).[1]

---

[1] After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's complaint as required by 28 U.S.C. § 1915.  Nothing in this order should be construed as suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.

2.      Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.  This Order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

3.      The Clerk's Office shall provide Plaintiff with two copies of this Order.  Plaintiff is ordered to make the necessary arrangements to have one copy of this Order attached to the check in the amount of the designated fee.

4.      Pursuant to 28 U.S.C. § 1915, the Nevada Department of Corrections will forward payments from the account of **King Solomon Sekhemre El Neter, also known as Solomon M. Brooks, # 1008496** to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.  The Clerk of the Court will send a copy of this order to the Finance Division of the Clerk's Office.  The Clerk will send a copy of this order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections** at formapauperis@doc.nv.gov.

5.      The Clerk's Office shall provide a copy of this Order to the Finance Division of the Clerk's Office.

IT IS SO ORDERED.

Dated: March 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2