**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| King Solomon Sekhemre El Neter, a/k/a Solomon Michael Brooks, | Case No. 2:26-cv-00831-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 11, 12] |
| Steven B. Wolfson, et al., | |
| Defendant(s). | |

In light of the recommendation for dismissal, Docket No. 10, the Court DENIES as moot Plaintiff's motions for status request and service, Docket Nos. 11, 12.

IT IS SO ORDERED.

Dated: May 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1